**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s)  Kenneth B Cavanaugh          Case No. 19-29649          Chapter 13

All Cases: Moving Creditor  Wells Fargo Bank, N.A.         Date Case Filed  October 18, 2019

Nature of Relief Sought: ☒ Lift Stay     ☐ Annul Stay     ☒ Other (describe) Dismissal

Chapter 13: Date of Confirmation Hearing _____     or Date Plan Confirmed  January 17, 2020

1. Collateral
   a. Home  390 North Kingsway Drive, Aurora, IL 60506
   b. Car Year, Make and Model _____
   c. Other (describe) _____

2. Balance owed as of April 10, 2020 is $ 154,436.98
   Total of all other liens including collateral $0.00

3. In chapter 13 cases, attach a payment history listing the amount and dates of all payments received from the debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ 179,000.00

5. Default
   a. Pre-Petition Default
      Number of months  10   Amount $18,757.48
   b. Post-Petition Default
      i. On direct payments to the moving creditor
         Number of months  4   Amount $5,681.71
      ii. On payments to the Standing Chapter 13 Trustee
         Number of months  N/A   Amount $ N/A

6. Other Allegations
   a. Lack of Adequate Protection § 362 (d) (1)
      i. No Insurance  N/A
      ii. Taxes Unpaid  N/A   Amount $ N/A
      iii. Rapidly depreciating asset  N/A
      iv. Other (describe)  N/A

   b. No Equity and not Necessary for an Effective Reorganization § 362 (d) (2)  N/A

   c. Other "Cause" § 362 (d) (1)  N/A
      i. Bad Faith (describe)  N/A
      ii. Multiple filings  N/A
      iii. Other (describe)  N/A

   d. Debtor's Statement of Intention regarding the collateral
      i. ☐ Reaffirm            ii. ☐ Redeem
      iii. ☐ Surrender         iv. ☒ No Statement of Intention Filed

Date:  April 16, 2020            /s/ Michael N. Burke
                                 Counsel for Movant