**Debtor name: KENNETH B CAVANAUGH**  **Bk Filing Date: 10/18/2019**  **First PP PmtDueDate/Amt: 11/1/2019 / $1477.70**

| Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Amount Paid to Fees | Optional Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | 11/15/2019 | $224.49 | | | | | | |
| | | 11/18/2019 | $1,480.00 | | | | | | |
| 11/1/2019 | $1,477.70 | | | 11/20/2019 | | | | | |
| | | 12/3/2019 | $1,480.00 | | | | | | |
| 12/1/2019 | $1,477.70 | | | 12/4/2019 | | | | | |
| Totals | $2,955.40 | | $3,184.49 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|
|  | $224.49 |
|  | $1,704.49 |
| $1,477.70 | $226.79 |
|  | $1,706.79 |
| $1,477.70 | $229.09 |
| **$2,955.40** |  |